PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>BRUCE C. DERESCHUK,<br><br>     Defendant. | CASE NO. 5:22-PO-00010-SAB<br>(Violation # E1200491) |
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>LEE J. DERESCHUK,<br><br>     Defendant. | CASE NO. 5:22-PO-00011-SAB<br>(Violation # E1200492) |
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>JAMES G. MCGUIRE,<br><br>     Defendant. | CASE NO. 5:22-PO-00026-SAB<br>(Violation # E1200490)<br><br>STIPULATION AND ORDER TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE, TO VACATE TRIAL DATE, AND TO SET STATUS CONFERENCE; ORDER<br><br>TRIAL DATE: October 4, 2022<br>TIME: 10:00 a.m.<br>COURT: Hon. Stanley A. Boone |

Plaintiff United States of America, by and through its counsel of record, and defendants Bruce C.

1  Dereschuk, Lee J. Dereschuk, and James G. McGuire, by and through counsel of record, hereby
2  stipulate and request that the Court allow each defendants' violation notices to be resolved by payment
3  of a fixed-sum in lieu of appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local
4  Rule Crim. 410.  Specifically, each defendant would agree to pay a $350 forfeiture amount and $30
5  processing fee and would agree to pay the amount in full prior to October 15, 2022.

6       The parties further stipulate and request that the Court vacate the October 4, 2022 trial date in
7  these cases and set a status conference on November 1, 2022, with the understanding that, should the
8  defendants pay the forfeiture amount and processing fee before the November 1, 2022 status conference,
9  the matter is resolved and appearance will not be necessary.

10      In the event the Court denies this stipulation, the parties would stipulate and request that the trial
11 date be vacated and the matter be set for change of plea on October 4, 2022 at 10 am (the date and time
12 currently set for trial).

13

14 Dated:  September 21, 2022

    PHILLIP A. TALBERT
15     United States Attorney

16     /s/ JEFFREY A. SPIVAK
    JEFFREY A. SPIVAK
17     Assistant United States Attorney

18
Dated:  September 21, 2022
19     /s/ Richard L. Grant, Esq.
20     RICHARD L. GRANT, ESQ
    Attorney for Bruce C. Dereschuk,
21     Lee J. Dereschuk, and James G.
    McGuire
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO ALLOW     2
FIXED-SUM PAYMENT IN LIEU OF APPEARANCE

**ORDER**

**IT IS SO ORDERED.** The Court vacates the October 4, 2022 trial date, and sets this matter for status conference on November 1, 2022, at 10:00 a.m. If the defendants each pay the $350 forfeiture amount and $30 processing fee prior to the November 1, 2022 status conference, the matter will be closed.

IT IS SO ORDERED.

Dated: **September 26, 2022**

UNITED STATES MAGISTRATE JUDGE